VARIOUS CH.B's.

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

S.J. BEAULIEU, JR.
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79/611    0697989

December 16, 2013

PAY  Exactly Eight Thousand Nine Hundred Thirty Five And 45/100 Dollars

$******8,935.45

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑈0697989⑈ ⑆061100790⑆ 8800517495⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 231973     - KW
* * C O P Y * *
December 23, 2013
       13:25:22

TREASURY REGFUND
Amount.:           $8,935.45 CH
Check#.: 06979898


Total->   $8,935.45


FROM: BEAULIEU

DEPOSIT TO 604TBK TREASURY

VARIOUS CHAPTER 13's

SEE ATTACHED

12/23/13
CVogel

## U.S. BANKRUPTCY COURT/ REGISTRY CHECK# 0697989

| CASE NUMBERS | DEBTORS | AMOUNT | PAYEES/ ADDRESS | CLAIM# |
|---|---|---|---|---|
| 07-11505 | BAZILE | $202.11 | CHARMING SHOPPES 450 WINKS LN. BANSALEM, PENNSYLVANIA 19020 | 74 |
| 08-10464 | JOHNSON | $293.08 | DEBTOR/ YOLANDA JOHNSON 1240 ESTALOTE ST HARVEY, LA 70058 | 0 |
| 08-10465 | HARRIS | $26.45 | DEBTOR/ LAURA HARRIS 1384 MAPLEWOOD DR. HARVEY, LA 70058 | 0 |
| 08-11565 | CARDENAL | $242.38 | DEBTOR/ VITO CARDENAL APT 13-104 3320 WALL BLVD. GRETNA, LA 70056 | 0 |
| 08-11580 | BERGERON | $25.60 | SOUTH MEDICAL ASSOCIATES 1990 INDUSTRIAL BLVD. HOUMA, LA 70363 | 25 |
| 08-11620 | AUCOIN | $19.17 | HANCOCK BANK PO BOX 4019 GULFPORT, MISSISSIPPI 39502 | 13 |
| 08-11656 | COSTELLO | $67.36 | HANCOCK BANK PO BOX 4019 GULFPORT, MISSISSIPPI 39502 | 11 |
| 08-11687 | ALVARENGA | $122.64 | JP MORGAN CHASE BANK 201 ST CHARLES AVE. 31ST FL NEW ORLEANS, LA 70170 | 21 |

| Case No. | Name | Amount | Address | Count |
|---|---|---|---|---|
| 08-11717 | MARTIN | $70.67 | HANCOCK BANK PO BOX 4019 GULFPORT, MISSISSIPPI 39502 | 12 |
| 08-11785 | SPIESS | $21.44 | VERIZON WIRELESS 500 TECHNOLOGY DR, #550 ST. CHARLES, MISSOURI | 8 |
| 09-10967 | ROYAL | $250.00 | DEBTOR/ DANIEL ROYAL 4800 TRENTON ST. METAIRIE, LA 70006 | 0 |
| 09-11358 | YOCHIM | $32.49 | DEBTOR/ AMBER YOCHIM 311 VALENCIA ST. LULING, LA 70070 | 0 |
| 09-12603 | BALES | $75.00 | DEBTOR/ TAMMY BALES 14239 J T DR. #L HAMMOND, LA 70401 | 0 |
| 09-13153 | NOCENTELLI | $14.90 | ACE CASH EXPRESS 3816 VETERANS BLVD. METAIRIE, LA 70002 | 6 |
| 09-13552 | UNDERWOOD | $127.00 | HANCOCK BANK PO BOX 4019 GULFPORT, MISSISSIPPI 39502 | 24 |
| 09-13775 | RANDOLPH | $460.00 | DEBTOR/ DON RANDOLPH 529 ELIZA ST. HOUMA, LA 70360 | 0 |
| 10-10181 | VAZQUEZ | $37.35 | HANCOCK BANK PO BOX 4019 GULFPORT, MISSISSIPPI 39502 | 17 |
| 10-10542 | WALKER | $100.13 | ECLIPSE FINANCIAL 400 TRAVIS ST STE 1004 SHREVEPORT, LA 71101 | 24 |

| Case No. | Name | Amount | Address | Count |
|---|---|---|---|---|
| 10-10640 | LOGAN | $5.87 | DEBTOR/ PHYLISS LOGAN 1121 MONROE ST. NEW ORLEANS, LA 70118 | 0 |
| 10-10811 | HEYWARD | $615.00 | DEBTOR/ ANTHONY HEYWARD 936 FAIRFAX DR. GRETNA, LA 70056 | 0 |
| 10-12212 | PARK | $75.32 | NEWELL NORMAND 1233 WESTBANK EXWY B-428 HARVEY, LA 70058 | 8 |
| 10-12212 | PARK | $260.87 | NEWELL NORMAND 1233 WESTBANK EXWY B-428 HARVEY, LA 70058 | 8 |
| 10-12723 | BROWNELL | $150.43 | HANCOCK BANK PO BOX 4019 GULFPORT, MISSISSIPPI 39502 | 13 |
| 10-13064 | HENRICSON | $2,487.98 | CENTRAL PROGRESSIVE BANK 290092 KRENTEL RD. LACOMBE, LA | 2 |
| 11-10004 | BIRDEN | $369.18 | DEBTOR/ KENDRA BIRDEN 37 ASTER LANE WAGGAMAN, LA 70094 | 0 |
| 11-11226 | WELKER | $101.87 | HANCOCK BANK PO BOX 4019 GULFPORT, MISSISSIPPI 39502 | 23 |
| 11-12929 | AGE | $106.73 | DEBTOR/ AYANNA AGE 3370 ROGER WILLIAMS ST NEW ORLEANS, LA 70119 | 0 |
| 11-14039 | ALLEN | $473.98 | PARISH OF JEFFERSON 200 DERBINGY ST STE 1200 GRETNA, LA 70053 | 8 |

| | | | |
|---|---|---|---|
| 12-12532 | WATTS | DENNELL BROWN 2819 LASALLE ST. NEW ORLEANS, LA 70115 | $0.45 | 4 |
| 12-13579 | WILLIAMS | DEBTOR/ ANGELIA WILLIAMS 24 MARYWOOD COURT NEW ORLEANS, LA 70128 | $2,100.00 | 0 |
| | CHECK TOTAL: | | $8,935.45 | |